UNITED STATES of America, Plaintiff–Appellee,

v.

**Stafford Eugene ANDERSON, II, Defendant–Appellant.**

No. 10–30033.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Stafford Eugene Anderson, II, appeals from the 180–month sentence imposed fol-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lowing his guilty-plea conviction for drug trafficking conspiracy, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A), and distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

·Anderson contends that the Fair Sentencing Act applies retroactively to preclude the mandatory minimum sentence imposed by the district court for his crack cocaine conviction. This argument is foreclosed. *See United States v. Baptist*, 646 F.3d 1225, 1228–29 (9th Cir.2011) (per curiam).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.